s/ Tiffany Edgmon 12/3/25

AO 106 (Rev. 04/10) Application for a Search Warrant                                    AUTHORIZED AND APPROVED/DATE: _____

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

*FILED*

*DEC 0 3 2025*

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ , DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Anthony Michael Lennon<br>a/k/a Justin Tyler Williams, a/k/a Justin Tyler Phillips<br>SSN:XXX-XX-4626 | )<br>)<br>)<br>)<br>)<br>)    Case No. MJ-25- 665-SM |

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Anthony Michael Lennon; SSN:XXX-XX-4626. See Attachment A, which is incorporated by reference herein.

located in the _____ **Western** _____ District of _____ **OKlahoma** _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B, which is attached and incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to Register as a Sex Offender |

The application is based on these facts:

See the Affidavit of Criminal Investigator, Darrell Clark, which is incorporated by reference herein.

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Darrell Clark, Criminal Investigator
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _Dec. 3, 2025_

City and state: Oklahoma City, Oklahoma

_____
*Judge's signature*

Suzanne Mitchell, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Darrell Clark, a Criminal Investigator with the United States Marshal Service ("USMS") being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.     This affidavit is in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the collection of deoxyribonucleic acid (DNA) from the person of ANTHONY MICHAEL LENNON ("LENNON"), a/k/a Justin Tyler Williams, a/k/a Justin Tyler Phillips, via buccal swab as evidence of a violation of 18 U.S.C. § 2250(a).

2.     The subject of this investigation, LENNON, is presently in the custody of the USMS. LENNON was arrested on October 30, 2025, pursuant to a warrant issued in the Western District of Oklahoma, case number M-25-626-ALM. On November 18, 2025, LENNON was indicted by a Grand Jury in the Western District of Oklahoma with a single count of Failure to Register as a Sex Offender in CR-25-470-SLP. On November 19, 2025, the Northern District of New York held an Identity Hearing and Detention Hearing, after which the court ordered LENNON be detained and committed LENNON to the Western District of Oklahoma.

3.     I am a Criminal Investigator with the United States Department of Justice, United States Marshals Service (USMS), assigned to the Western District of Oklahoma. I have been employed with the USMS since February 2007. Throughout my tenure with the USMS, I have participated in a variety of investigations. I have received training in federal

laws and regulations at the Federal Law Enforcement Criminal Investigator Training Program as well as the USMS Basic Deputy Training Academy. I continually refer to State and Federal laws and regulations, during the course of my duties, and work with other State and Federal Agencies, thus enhancing my knowledge and understanding of the State and Federal laws.

4.     I currently serve as the District Sex Offender Coordinator for the Western District of Oklahoma.   My primary duties in this position are to investigate violations of 18 U.S.C. 2250, failure to register as a sex offender, commonly referred to as the Adam Walsh Act.   Prior to filling this position, I attended the USMS Sex Offender Investigations Coordinator Training in July of 2011.   I have investigated cases involving violations of 18 U.S.C. 2250 since completion of my training.

5.     Since this affidavit is being submitted for the limited purposes of securing a search warrant, I have not included each and every fact known to me regarding this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a search warrant.

## FACTS SUPPORTING PROBABLE CAUSE:

6.     I am investigating LENNON for violations of 18 U.S.C. 2250(a), failure to register as a sex offender.   LENNON was convicted in December of 2010 for two counts of Aggravated Possession of Child Pornography, in violation of 21 O.S. § 1040.12, and three counts of Possession of Child Pornography, in violation of 21 O.S. § 1024.2, in Cleveland County District Court case number CF-2008-1255. LENNON is required to

register as a sex offender based on this conviction.   LENNON was sentenced to a total of 25 years of prison, suspended.

7.      On March 12, 2012, The Moore Police Department ("Moore PD") contacted the USMS for assistance in locating LENNON.   I have reviewed USMS reports documenting the investigation of LENNON.   I discovered that on March 10,[1] 2012, Detectives with Moore PD received a call from a hotel owner where LENNON was employed.   The detectives who were called to the scene were informed that LENNON disappeared sometime in the nighttime hours of March 9 or 10, 2012.

8.      Detectives noticed a pool of blood, LENNON's shoe, shirt buttons, bloody shoe prints, and money missing from the hotel money drawer.   After examining the crime scene, interviewing family members, friends, and individuals in the community, it was determined that the circumstances were suspicious. Swabs of the blood were collected and submitted to the Oklahoma State Bureau of Investigation for further testing. The testing indicated the blood belonged to LENNON.[2]

9.      I reviewed records indicating that on February 2, 2012, a warrant was issued in Cleveland County District Court case number CF-2008-1255 because an application was

---

[1] In the affidavit in support of the Complaint in M-25-626-ALM, I indicated the Moore PD was called out on March 12, 2012. I have since learned the Moore PD reports indicate they were called out on March 10th. All related dates are also corrected based on Moore PD reports.

[2] It is my understanding that the swabs were compared to one or more of LENNON's family members to reach this conclusion.

filed seeking revocation of LENNON's probation. LENNON was arrested on the warrant but was released after posting a bond. On March 7, 2012, a warrant was issued in Cleveland County District Court case number CF-2012-480 for LENNON's arrest for eight counts of Possession of Child Pornography.

10.    Information was discovered by the U.S. Marshal's office that LENNON emptied his bank accounts on or about March 9, 2012. At the time of this transaction, LENNON told the tellers that he was in trouble with the law and needed all his money. LENNON and his family were under the understanding that LENNON would go back to prison for violation of his probation.

11.    The USMS consulted with crime scene experts, and it was determined that the scene from the hotel appeared to have been staged.

12.    Subsequent investigation indicated LENNON likely fled the State of Oklahoma and the Western District of Oklahoma.   In February of 2020, LENNON'S Amazon account was accessed in North Carolina.   An item, a phone charger, was placed into the purchase cart.

13.    In ongoing attempts to locate LENNON, the USMS did a media release in 2022 in the Dallas Metro area around an A-Kon event.   Patrons of the event stated that they believed they had seen LENNON.

14.    In October 2025, the USMS received information from the U.S. Department of State, Diplomatic Security Service, ("DSS") indicating LENNON had applied for a U.S. passport on three occasions under the name "Justin Tyler Williams." During their

4

investigation, DSS identified "Justin Tyler Williams" as LENNON through the use of facial recognition software. Additional investigation by the USMS revealed LENNON changed his alias name through an adult adoption procedure and was living in upstate New York under the name "Justin Tyler Phillips."

15.     Records obtained indicate between March of 2012 and October 2025, LENNON resided in multiple states for periods of time, including but not limited to: Nevada, Illinois, and New York.

16.     Under SORNA, Sex Offender Registration and Notification Act, and state registration requirements, LENNON is required to notify the State of Oklahoma of any intentions to leave the state prior to his departure from Oklahoma.

17.     I obtained and reviewed the registration forms that LENNON had signed acknowledging his duty to register. LENNON filled out registration paperwork on January 3, 2011. LENNON reported residing at 727 SW 3rd Street, Moore, Oklahoma 73160, in the Western District of Oklahoma.

18.     In addition, I received a copy of the Oklahoma Department of Corrections Letter of Notice of Registration which informed LENNON of his duty to register. LENNON was instructed that he would be required to register as a sex offender until the year 2050. LENNON was sentenced to a term of incarceration, but the term was suspended, which is similar to a term of probation.   LENNON is required to register as a sex offender for a term following the completion of his suspended sentence.

19.     I conducted record searches in NCIC, Department of Oklahoma Sex Offender Registry, and The National Sex Offender Registry.  No information was found showing LENNON is currently registered as a sex offender. Additionally, I requested Deputy Akshar from the Northern District of New York conduct a search for LENNON through the New York registry.  I received a letter indicating that no person by the name Anthony LENNON ever attempted or was registered in New York.

20.     On October 30, 2025, LENNON was arrested by the USMS in Canton, New York. During the booking process, USMS fingerprinted LENNON, which further confirmed LENNON's true identity.  Upon his arrest, LENNON was fingerprinted on a mobile fingerprint scanner which returned an "average" confirmation.  LENNON was then printed at the substation and a positive confirmation was received.

21.     I ran an offline NCIC search for both aliases of LENNON dating back to January 1, 2017.  The return listed a positive match made through a fingerprint search for Justin Tyler Phillips to LENNON in the State of New York on the date of his arrest.

22.     On December 1, 2025, I received a copy of a jail phone call between LENNON and R.P.  R.P. is the person LENNON was residing with at the time of his arrest.  R.P. confronted LENNON, stating that R.P. located written documentation proving "Justin" to be LENNON. R.P. stated he found the documentation in LENNON's bedroom.  The documentation is in the form of a notebook from the University of Oklahoma for LENNON, speeches prepared for classes signed as Anthony LENNON, and a letter addressed to Anthony LENNON.

6

## CONCLUSION

23.    Based on the above information, LENNON is in violation of 18 U.S.C.
2250(a): (a) LENNON was convicted of a sex offense which requires him to register as a
sex offender under SORNA; (b) LENNON traveled in interstate commerce from Oklahoma
to various states, including Nevada, Illinois, and New York; (c) LENNON knowingly
failed to register as a sex offender and to update said registration; (d) LENNON has not
registered as a sex offender anywhere since 2011; and (e) LENNON failed to notify the
State of Oklahoma about his planned departure from the state.

24.    Despite both facial recognition and fingerprints identifying "Justin Tyler
Phillips" as LENNON, LENNON maintains he is actually "Justin Tyler Phillips." Because
LENNON contests his identity, the instant warrant is requested. Therefore, I respectfully
request that a search warrant be issued authorizing the examination of the person described
in Attachment A to seek the items described in Attachment B.

Darrell Clark
Deputy U.S. Marshal
United States Marshal Service

Subscribed and sworn to before me this _39_ day of December, 2025.

SUZANNE MITCHELL
United States Magistrate Judge

7

## ATTACHMENT "A"

### Description of LENNON

Name: Anthony Michael Lennon, a/k/a Justin Tyler Williams, a/k/a Justin Tyler Phillips
SSN: XXX-XX-4626
DOB: XX/XX/1981
Height: 6'00"
Eye Color: Hazel



## ATTACHMENT "B"

### **Particular Things to be Seized**

The following materials, which constitute evidence of the commission of a criminal offense, namely a violation of 18 U.S.C. § 2250(a):

6.    The deoxyribonucleic acid (DNA) of ANTHONY MICHAEL LENNON, a/k/a Justin Tyler Williams, a/k/a Justin Tyler Phillips, via buccal swabs.